**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Bridgette Massey

Appellate case number:   01-14-00903-CV

Trial court case number:  1814

Trial court:                     12th District Court of Grimes County

Date motion filed:          January 30, 2015

Party filing motion:        Relator

It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Terry Jennings
                              Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Lloyd


Date:  April 14, 2015